IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY JAMES WILLIAMS,

      Plaintiff,                    No.  2:11-cv-0055 KJM GGH P

    vs.

DANIEL MOELLER,

      Defendant.                ORDER

/

        On July 25, 2012, plaintiff filed a "Request to Postpone Consideration of Defendant Motion for Summary Judgment," which request appears to be a request to extend plaintiff's time to comply with the court's July 12, 2012 order. See Doc. No. 26.  The July 12, 2012 order reads that no extensions of time shall be granted. See Doc. No. 25.

        Plaintiff writes that he has no access to a law library, computer, or telephone, and must rely on the mail to obtain declarations that will support his case. See Doc. No. 26.  He asks for a postponement until the declarations can be mailed to the court. Id.

        On July 30, 2012, plaintiff filed additional declarations, which declarations appear to be those to which plaintiff referred in his request.

///

///

Accordingly, IT IS HEREBY ORDERED that plaintiff's "Request to Postpone Consideration of Defendant Motion for Summary Judgement" (Doc. No. 26) is denied as moot.

DATED: August 21, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:rb
will0055.36D